**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

SILVA,

                                  **Plaintiffs,**

          *- against -*

DE LIMA ET AL.,

                                  **Defendants.**

**ORDER APPROVING**
**SETTLEMENT**

20 Civ. 4378 (PED)

**PAUL E. DAVISON, U.S.M.J.**:

The parties seek approval, pursuant to *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d

199 (2d Cir. 2015), of their FLSA settlement agreement, which appears on the docket at No. 39-

1.  The settlement, which is consistent with the understandings workesd out during a settlement

conference before the undersigned on June 15, 2021, is **APPROVED.**

The case will be dismissed with prejudice upon filing of the stipulation contemplated by

paragraph 1 of the agreement.

Dated: July 19, 2021
          White Plains, New York

                              **SO ORDERED**

                              _____
                              Paul E. Davison, U.S.M.J.